UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


BLANCHE JOCHNOWITZ,

      Plaintiff,

v.                           Case No:  8:25-cv-02611-JLB-AEP


WALMART, INC.,

      Defendants.

_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 7), recommending that Plaintiff's Motion for Remand (Doc. 6) be **GRANTED**.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.   The Report and Recommendation (Doc. 7) is **ADOPTED** and made a
     part of this Order for all purposes.

2.   Plaintiff's Motion for Remand (Doc. 6) is **GRANTED**.

3.   This case is **REMANDED** to the Twelfth Judicial Circuit in and for
     Manatee County, Florida.

4.   The Clerk of Court is **DIRECTED** to transmit a certified copy of this
     Order to the Clerk of the Circuit Court of the Twelfth Judicial Circuit
     in and for Manatee County, Florida.

5.   The Clerk of Court is **DIRECTED** to deny all pending motions as
     moot, terminate any deadlines, and close the file.

**ORDERED** in Tampa, Florida, on December 8, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE